EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
BRADLEY SOLOMON, State Bar No. 140625
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5627
 Fax:  (415) 703-5480
 E-mail:  Bradley.Solomon@doj.ca.gov
*Attorneys for Defendants*
*Department of Fish & Game and Governor's Office*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PUBLIC LANDS FOR THE PEOPLE, INC., et al.,** | 2:09-cv-02566-MCE-EFB |
| Plaintiffs, | **ORDER ON STIPULATION** |
| v. | |
| **STATE OF CALIFORNIA, ET AL.,** | |
| Defendants. | |

The parties having stipulated, IT IS HEREBY ORDERED that the parties have until March 26, 2010 by which to file a Joint Status Report.

DATED:  12/7/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1