David Young, Esq. (SBN 55341)
LAW OFFICES OF DAVID YOUNG
11150 Olympic Blvd., Suite 1050
Los Angeles, California 90064
Telephone: (310) 575-0308
Facsimile:  (310) 575-0311
E-mail: dyounglaw@verizon.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC LANDS FOR THE PEOPLE, INC., a California 501 C-3, non-profit corporation; GERALD E. HOBBS; PATRICK KEENE; KEENE ENGINEERING CO., INC., a California corporation; ROBERT HAIDUCK; TERRY STAPP; DEE STAPP; DAVID DECOSTA; JAMES GREGORY LEE; MIKE HOLT; TODD BRACKEN; SHANNON POE; and DAVID RICHARD,<br><br>        Plaintiffs,<br>   v.<br><br>STATE OF CALIFORNIA; ARNOLD SCHWARZENEGGER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF FISH & GAME; and DONALD KOCH, IN HIS OFFICIAL CAPACITY AS DIRECTOR, CALIFORNIA DEPARTMENT OF FISH & GAME; and DOES 1-20,<br><br>        Defendants. | CIVIL ACTION NO.:<br><br>2:09-CV-02566-MCE-EFB<br><br>**ORDER RE PLAINTIFFS' REQUEST FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES**<br><br>**Judge:**  Honorable  Morrison C. England, Jr. |

1

Plaintiffs having requested leave from the Court to file their Memorandum in support of their Motion For Preliminary Injunction, the Memorandum to exceed the twenty (20) page limitation as set forth in the Court's Order of September 14, 2009, and good cause having been shown by Plaintiffs:

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Memorandum In Support Of Motion For Preliminary Injunction which exceeds twenty (20) pages, and which was filed with the Court on January 21, 2010, and that said Memorandum is accepted for filing by the Court.

IT IS FURTHER ORDERED that Defendants request to exceed the twenty (20) page limitation for oppositions to motions as set forth in the Court's Order of September 14, 2009 is granted. Defendants may file an opposition of equal length to the Plaintiffs' Memorandum in support of Motion For Preliminary Injunction.

IT IS FURTHER ORDERED that Plaintiffs' reply to Defendants' opposition shall be limited to a total of ten (10) pages, including any exhibits.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion For Preliminary Injunction is reset for March 25, 2010, at 2:00 p.m., in Courtroom "7".

DATED: January 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE